IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TRAVIS LEE CAMDEN | ) CASE NO. 13-01175-JMC-13 |
| | ) |
| DEBTOR | ) |

### CERTIFICATE OF SERVICE

Comes now the Debtor, Travis Lee Camden, by counsel, hereby files his Certificate of Service reflecting that the Order on Motion to Impose Automatic Stay was served upon the following parties via the Courts Electronic CM/ECF system this 14th day of March, 2013:

Robert Brothers, Trustee
ecfmail@bobbrothersch13.com
ecfmail1@bobbrothersch13.com

U.S. Trustee
Ustpregion10.in.ecf@usdoj.gov

The undersigned certifies that a copy of the Order on Motion to Impose Automatic Stay was served upon the following parties via the United States Mail, postage prepaid this 14th day of March, 2013:

Travis Camden, P.O. Box 84, Whiteland, IN 46184.

Respectfully submitted,

/s/ Keith E. Gifford
Keith E. Gifford
Attorney for Debtor

REDMAN LUDWIG, P.C.
151 N. Delaware Street, Suite 1106
Indianapolis, IN   46204
(317) 685-2426
(317) 636-8686
kgifford@redmanludwig.com