United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                          Case No. 13-01175-JMC
Travis Lee Camden                                                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-1            User: brgoesel              Page 1 of 2              Date Rcvd: Dec 19, 2013
                                Form ID: b9a                Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2013.
```
db          +Travis Lee Camden,    P.O. Box 141,    Paragon, IN 46166-0141
12005871    +ACS/Bank of America,    501 Bleecker Street,    Utica, NY 13501-2401
12005872    +ACS/Wells Fargo,    501 Bleecker Street,    Utica, NY 13501-2401
12253326    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
12005876    +American Rental,    728 E. National Avenue,    Brazil, IN 47834-2702
12395015     Bank of America on behalf of ECMC,    c/o ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
12005882     Gary Barker,    19338 Golden Meadow Way,    Noblesville, IN 46060
12048655    +Indianapolis Power & Light Co.,    Attn: Laura Benavides,    P.O. Box 110,
              Indianapolis, IN 46206-0110
12005885    +Johnson County Child Support,    1 Caisson Drive, Suite A,    Franklin, IN 46131-2443
12050625    +Madison Avenue Associates, Inc.,,    Agent for Indiana Members Credit Union,
              c/o Stephen J. Hyatt,    6100 N. Keystone Ave., Ste 203,    Indianapolis, IN 46220-2426
12005887    +Marion County Child Support,    200 East Washington Street,    Room W-123,
              Indianapolis, IN 46204-5306
12005888     Newbury Management Company,    c/o Landman & Beatty,    P.O. Box 44953,
              Indianapolis, IN 46244-0953
12005889    +Nuwave LLC,    5369 N. Keystone Avenue,    Indianapolis, IN 46220-3631
12007818    +Redman Ludwig, PC,    151 N. Delaware Street,    Suite 1106,    Indianapolis, IN 46204-2573
12005893    +Soren Rasmussen,    504 Jack Pine Drive,    Whiteland, IN 46184-9288
12005895   #+Tamara Knapp,    239 Mission Trail,    Mooresville, IN 46158-8257
12005896    +Tek-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
12005897    +Town of Whiteland,    c/o Nerz Walterman, P.C.,    5144 E. Stop 11 Rd., Suite 20,
              Indianapolis, IN 46237-8606
12005898    +USCB Corporation,    101 Harrison Street,    Archbald, PA 18403-1961
12005899     Vanessa Kenworthy,    806 Wheatfield Lane,    Whiteland, IN 46184
12395053     Wells Fargo Bank on behalf of ECMC,    c/o ECMC,    PO Box 16408,    St. Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: FDJCARUSO.COM Dec 19 2013 23:13:00      Deborah J. Caruso,    Office of Deborah J. Caruso,
              9100 Keystone Xing Ste 400,    Indianapolis, IN 46240-2159
ust         +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Dec 19 2013 22:58:22      U.S. Trustee,
              101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
12005874    +E-mail/Text: jcruze@alliedcollectionservice.com Dec 19 2013 22:58:02
              Allied Collection Service,    725 Washington Street,    Columbus, IN 47201-6233
12018915     EDI: AIS.COM Dec 19 2013 23:13:00      American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
12164373     EDI: AIS.COM Dec 19 2013 23:13:00      American InfoSource LP as agent for,    Verizon,
              PO Box 248838,    Oklahoma City, OK 73124-8838
12005877    +E-mail/Text: Bk@c2cfsi.com Dec 19 2013 22:58:28      Coast 2 Coast Financial,
              101 Hodencamp Rd., Suite 120,    Thousand Oaks, CA 91360-5831
12005878    +E-mail/Text: electronicbkydocs@nelnet.net Dec 19 2013 22:58:29      Department of Education/Nelnet,
              121 S. 13th Street,    Lincoln, NE 68508-1904
12005880     E-mail/Text: bankoe@ccbinc.net Dec 19 2013 22:57:57      Eagle Accounts Group,    P.O. Box 17400,
              Indianapolis, IN 46217-0400
12005879    +E-mail/Text: bankoe@ccbinc.net Dec 19 2013 22:57:57      Eagle Accounts Group,
              7510 Madison Avenue,    Indianapolis, IN 46227-5510
12005881     EDI: AMINFOFP.COM Dec 19 2013 23:13:00      First Premier Bank,    3820 N. Louise Ave.,
              Sioux Falls, SD 57107-0145
12005883    +E-mail/Text: mtipple@guardianfinancecompany.com Dec 19 2013 22:58:04      Guardian Finance,
              2495 Hilliard Rome Road,    Hilliard, OH 43026-8194
12005884    +EDI: ICSYSTEM.COM Dec 19 2013 23:13:00      I.C. System Inc.,    P.O. Box 64378,
              Saint Paul, MN 55164-0378
12146330    +EDI: ATTWIREBK.COM Dec 19 2013 23:13:00      Indiana Bell Telephone Company, Incorporated,
              % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,
              Bedminster, NJ 07921-2693
12005870    +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Dec 19 2013 23:01:36
              Indiana Department of Revenue,    100 N. Senate Avenue,    Rm. N203-Bankruptcy,
              Indianapolis, IN 46204-2253
12012978    +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Dec 19 2013 23:01:36
              Indiana Department of Revenue,    Bankruptcy Section, MS108,    100 N. Senate Ave., N240,
              Indianapolis, IN 46204-2231
12005869     EDI: IRS.COM Dec 19 2013 23:13:00      Internal Revenue Service,    Post Office Box 7346,
              Philadelphia, PA 19101-7346
12005886    +E-mail/Text: BkRupt@madisonaveassoc.com Dec 19 2013 22:58:25      Madison Avenue Associates,
              4000 E. 96th Street, Suite 120,    Indianapolis, IN 46240-3737
12062697     E-mail/Text: electronicbkydocs@nelnet.net Dec 19 2013 22:58:29
              Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
              3015 South Parker Road Suite 400,    Aurora CO 80014-2904
12005890    +E-mail/Text: mdishman@indianafinance.net Dec 19 2013 22:58:05      Oak Motors, Inc.,    P.O. Box 49,
              Anderson, IN 46015-0049
12005891    +E-mail/Text: mdishman@indianafinance.net Dec 19 2013 22:58:05      Oak Motors, Inc.,
              c/o Robert Burt,    P.O. Box 49,    Anderson, IN 46015-0049
```

```
District/off: 0756-1          User: brgoesel              Page 2 of 2                  Date Rcvd: Dec 19, 2013
                              Form ID: b9a                Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12268052       EDI: PRA.COM Dec 19 2013 23:13:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
12258497      +EDI: RESURGENT.COM Dec 19 2013 23:13:00      PYOD, LLC its successors and assigns as assignee,
               of Roundup Funding L.L.C.,   Resurgent Capital Services,   PO Box 19008,
               Greenville, SC 29602-9008
12020932       EDI: Q3G.COM Dec 19 2013 23:13:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
12005894       EDI: AGFINANCE.COM Dec 19 2013 23:13:00      Springleaf Financial Services,   P.O. Box 3251,
               Evansville, IN 47731
12005900      +EDI: AFNIVZWIRE.COM Dec 19 2013 23:13:00      Verizon Wireless,   1515 Woodfield Rd., Suite 140,
               Schaumburg, IL 60173-5443
                                                                                               TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12005875       Amanda Camden
12005892       One Ninety-Nine South Main
12005873    ##+Advanced Debt Collection,   4521 E. Washington,   Indianapolis, IN 46201-4634
                                                                                      TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2013                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2013 at the address(es) listed below:
```
              Deborah J. Caruso    trustee@daleeke.com, DJC@trustesolutions.net
              Robert A Brothers    ecfmail@bobbrothersch13.com,ecfmail1@bobbrothersch13.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                            TOTAL: 3
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case)    Case Number **13–01175–JMC–7**

# UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines

A bankruptcy case concerning the debtor listed below was originally filed under chapter 13 on February 14, 2013, and was converted to a case under chapter 7 on December 18, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office or may be viewed at http://pacer.insb.uscourts.gov.

## Creditors – Do not include this notice with any document filed with the Court.
## See Reverse Side for Important Explanations.

Debtor (name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address):
Travis Lee Camden
P.O. Box 141
Paragon, IN 46166

| Case Number: | Social Security Number(s): |
|---|---|
| **13–01175–JMC–7** | xxx–xx–1150 |

| Attorney for debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Travis Lee Camden<br>P.O. Box 141<br>Paragon, IN 46166 | Deborah J. Caruso<br>Office of Deborah J. Caruso<br>9100 Keystone Xing Ste 400<br>Indianapolis, IN 46240–2159<br>Telephone number: 317–844–7400 |

## Meeting of Creditors
Date: **January 28, 2014**                Time: **03:30 PM EST**
Location: **Rm. 416C U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge or Determine Dischargeability of Debt:**
March 31, 2014

**Deadline to Object to Exemptions:**
The deadline expires **30 days** after the *conclusion* of the meeting of creditors **or** within **30 days** of any amendment to the list or supplemental schedules unless as otherwise provided under Fed.R.Bankr.P. 1019(2) for converted cases.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Southern District of Indiana<br>46 E. Ohio St., Rm. 116<br>Indianapolis, IN 46204<br>Telephone number: 317–229–3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kevin P. Dempsey |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM ET | December 19, 2013 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br><br>**All individual debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any document filed with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Change of Address | Creditors are responsible for notifying the bankruptcy clerk's office in writing of address changes. The case number must be included on any corresponsdence. |
| Bankruptcy Clerk's Office | Any paper filed on this bankruptcy case should be filed at the bankruptcy clerk's office or http://ecf.insb.uscourts.gov. All filed papers, including the list of the debtor's property and debts and the list of the property claimed as exempt, may be inspected at the bankruptcy clerk's office or http://pacer.insb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**