Notice of Undeliverable Mail to Debtor

December 20, 2013

From: United States Bankruptcy Court, Southern District of Indiana

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Travis Lee Camden, Case Number 13-01175, JMC

```
                    FILED
              U.S. BANKRUPTCY CT.
              INDIANAPOLIS DIVISION

              13 DEC 31  PM 1: 14

              SOUTHERN DISTRICT
                 OF INDIANA
              KEVIN P. DEMPSEY
                   CLERK
```

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

> **U.S. Bankruptcy Court**
> **Southern District of Indiana**
> **46 E. Ohio St., Rm. 116**
> **Indianapolis, IN 46204**

---

Undeliverable Address:
Advanced Debt Collection
4521 E. Washington
Indianapolis, IN 46201

Reason Undeliverable: MOVED NO FORWARDING ADDRESS

THE UPDATED ADDRESS IS:

*only Address I can find is  Zip was wrong*

*4521 E Washington Indianapolis In 46207*

Undeliverable Address:
Amanda Camden

1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
_P O  Box 141  Paragon  In  46166_

Undeliverable Address:
One Ninety-Nine South Main

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
_P O  Box 141  Paragon  In  46166_

_[signature]_                                              _12-28-13_
Signature of Debtor or Debtor's Attorney                   Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2

015799    45313015814023